HENRY D'HONT, an Infant, by CAMILLE D'HONT, His Guardian ad Litem, Respondent, v. THE NATIONAL SUGAR REFINING COMPANY OF NEW JERSEY, Appellant.— Judgment and order reversed and new trial

Second Department, July, 1916.                    [Vol. 174.

granted, costs to abide the event, on the ground that the verdict is against the greater weight of the evidence. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.